AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

NATHAN ANTOINE PETERSON
DOB: xx/xx/xx
PDID: xxx-xxx

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 8, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER CHRISTOPHER SMITH__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER CHRISTOPHER SMITH**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
**Date**                                    **City and State**

_____         _____
**Name & Title of Judicial Officer**         **Signature of Judicial Officer**

## STATEMENT OF FACTS

On, Tuesday, May 8, 2007, at about 8:05 p.m., sworn officers of the Metropolitan Police Department's 7th District Vice Office conducted a narcotics operation in the high crime area of the 3900 block of South Capital St., N.W., Washington, D.C.  Officers observed the defendant, Nathan Antoine Peterson, in the driver's seat of a parked vehicle rolling what appeared to be a marijuana cigarette.  As officers approached the vehicle, Peterson placed the cigarette in the center console of the vehicle.  The defendant was removed from the vehicle and a search of the center console was conducted.  During the search, officers recovered the cigarette and some green weed in a ziplock bag which field tested positive for THC.  Officers also recovered two plastic bags containing a white rock substance.  One of the bags contained 32 rocks and the second bag contained 9 rocks with a combined total weight of 57 grams.  Several times the defendant stated that the car was his even though it was registered to his girlfriend. The defendant was placed under arrest and officers recovered two bundles of cash from the glove compartment.  The first bundle totaled $2685.00 in U.S. Currency and the second totaled $3500.00. In addition, the officers recovered $120.00 in U.S. Currency from the visor over the driver's seat.  In the officer's experience, the amount of the crack recovered indicated that it was intended for distribution rather than for personal use.

_____
OFFICER CHRISTOPHER SMITH
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MAY, 2007.

_____
U.S. MAGISTRATE JUDGE