WARRANT FOR ARREST

ev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>NATHAN ANTOINE PETERSON | DOCKET NO 07-143 | MAGIS NO 07-208M-01 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>NATHAN ANTOINE PETERSON | |

WARRANT ISSUED ON THE BASIS OF:
- [x] Order of Court
- [ ] Indictment
- [ ] Information
- [ ] Complaint

DISTRICT OF ARREST

FILED
JUN 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Possession with Intent to Distribute Cocaine Base

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION 21 U.S.C. 841(a)(1)

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|
| HOLD WITHOUT BOND | |

| ORDERED BY | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| MAGISTRATE JUDGE ALAN KAY | /s/ Alan Kay | May 10, 2007 |

| CLERK OF COURT | BY DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington | /s/ Kymberly Kay | May 11, 2007 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | LINWOOD BATTLE DUSM | |
| DATE EXECUTED 6/18/07 | | |