UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 07-143 (JR) |
| NATHANIEL PETERSON, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT NATHANIEL PETERSON'S MOTION FOR
RELEASE INTO HIGH INTENSITY SUPERVISION PROGRAM**

Mr. Nathaniel Peterson, the defendant, through undersigned counsel, respectfully submits this Motion for Release Into the High Intensity Supervision Program ("HISP"). For the reasons stated below, the defense respectfully submits that the Court should enter an Order such that Mr. Peterson may participate in the HISP, which includes, *inter alia*, a condition of electronic monitoring.

1. Mr. Peterson is charged by Indictment with two counts of unlawful possession with intent to distribute 50 grams or more of cocaine base, and two counts of simple possession of a controlled substance (marijuana). The charges stem from two arrests of the defendant, one on May 8, 2007, and one on June 16, 2007. During the first arrest, MPD officers allegedly recovered 57 grams of crack cocaine, a small amount of marijuana, and approximately $6,000 in cash. During the second arrest, which was based on an arrest warrant for Mr. Peterson issued after the first arrest, the officers allegedly found approximately 70 grams of crack cocaine and $1,400.

2. Mr. Peterson has a relatively minor criminal history. Mr. Peterson's prior

criminal convictions are for misdemeanor possession of cocaine in February 1998, and felony possession of cocaine and misdemeanor possession of marijuana in May 2004.[1]  Mr. Peterson's prior convictions are exclusively drug-related and have not involved gun possession or violence of any kind.  In addition, it should be noted that Mr. Peterson successfully completed his probationary sentences with respect to all of his prior convictions.  <u>See</u> Pretrial Services Report, p. 2.

     3.     Three individuals have attended all three Court appearances in this case (June 18, June 20, and June 26).  They will also be present at the next status conference in this case, which is scheduled for July 10, 2007.  These people are:  (1) Mr. Peterson's sister, (2) the mother of Mr. Peterson's daughter, and (3) Mr. Peterson's friend and roommate, who also belongs to the same church as Mr. Peterson.  These individuals report that Mr. Peterson is very a dedicated father to his daughter, Nakyia, who is 14 years old.  Nakyia attends Friendly High School.  Until he was imprisoned, Mr. Peterson saw his daughter everyday.  In addition, Mr. Peterson also cares for his girlfriend's daughter, Mercedes.  She is 17 years old.  Mr. Peterson sees Mercedes close to everyday, as well.

     Mr. Peterson is a regular member of his Church, The Perfecting Saints Baptist Church, located in Clinton, Maryland.  Mr. Peterson's pastor, Pastor Ogburn, reports that Mr. Peterson has regularly attended Bible study classes on Wednesdays and Church services on Sundays.  Pastor Ogburn reports that from his observations Mr. Peterson is a "mannerly, kind-hearted" person who gets along well with his fellow Congregation and community members.

---

[1]     In terms of the U.S. Sentencing Guidelines, Mr. Petersons's criminal history category appears to be a II.

4.	Based on the Pretrial Services Report, Mr. Peterson is eligible for participation in the HISP, which includes electronic monitoring. The terms and conditions of the HISP are more than sufficient to "reasonably assure the appearance of" Mr. Peterson "and the safety of . . . the community." 18 U.S.C. § 3142(c)(B). Accordingly, Mr. Peterson should be released to the program.

**WHEREFORE**, for the foregoing reasons, Mr. Peterson respectfully moves this Honorable Court to enter the attached Order, directing that Mr. Peterson participate in the HISP at the direction of Pretrial Services.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 07-143 (JR) |
| ) | |
| NATHANIEL PETERSON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant's Motion for Bond Review, any opposition thereto, and finding good cause shown, it is this _____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Mr. Nathan Peterson shall be released from D.C. Jail to participate in the High Intensity Supervision Program at the direction of Pretrial Services.

_____
The Honorable James Robertson

Copies to:
Jonathan Jeffress, FPD
Jocelyn S. Ballantine, AUSA
U.S. Marshals