UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal No 07-CR-143(JR)** |
| **NATHAN PETTERSON** : | |

**NOTICE OF APPEARANCE**

Please enter undersigned counsel's appearance in the above-captioned case as retained counsel.

Respectfully submitted,

\_\_\_\_\_/s/_____
BERNARD S. GRIMM