UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. :
: Criminal No 07-CR-143(JR)
NATHAN PETTERSON :

**RECEIVED**
DEC 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED**
DEC 2 0 2007
Clerk, U.S. District and
Bankruptcy Courts

**NOTICE**

Undersigned counsel submits notice of his change of address to the Court and the Parties in this matter.

Respectfully submitted,

_____
BERNARD S. GRIMM
Cozen O'Connor
The Army and Navy Club Building
1627 I Street, NW
Suite 1100
Washington, D.C. 20006
Telephone (202) 912-4800
Facsimile 877-260-9435
Email: BGrimm@cozen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed first class, postage prepaid this 20th day of December, 2007 to:

Matt Cohen, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____
BERNARD S. GRIMM